# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Shawnell Gordon**  Docket No. **21-15108M**

### Petition for Action on Conditions of Pretrial Release

COMES NOW STEPHANIE NERI PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Shawnell Gordon who was placed under pretrial release supervision by the **HONORABLE ANDRE M. ESPINOSA, UNITED STATES MAGISTRATE JUDGE** sitting in the Court at **Newark, New Jersey**, on **April 27, 2021**, under the following conditions:

1. Surrender all passports/travel documents. Do not apply for new travel documents.
2. Travel restricted to New Jersey, unless otherwise approved by Pretrial Services
3. Substance abuse testing and/or treatment as directed by Pretrial Services.
4. Maintain current residence or a residence approved by Pretrial Services.
5. Have no contact with codefendants or coconspirators unless in the presence of counsel.
6. Maintain or actively seek employment.
7. Appear in State Court to resolve traffic tickets.
8. Due to COVID-19 Pandemic, the defendant shall report to the United States Marshals Service for processing at a date to be determined.

Respectfully presenting petition for action of Court and for cause as follows:
**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **Mental health testing and treatment as directed by Pretrial Services.**

ORDER OF COURT

Considered and ordered this __8th__ day of __June__, __2021__ and ordered filed and made a part of the records in the above case.

*André M. Espinosa*
Andre M. Espinosa
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____6/8/21_____

s/*Stephanie Neri*
Stephanie Neri
United States Pretrial Services Officer